# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court — Form AOC/01 (Rev 2016)
Administrative Office of Courts

**Court Identification Docket #:** County # 01, Judicial District 6, Court ID CI
**Case Year:** 2023
**Docket Number:** 01102 CIV
**Month/Date/Year:** 12/13/23

In the **CIRCUIT** Court of **ADAMS** County

### Origin of Suit
- [X] Initial Filing
- [ ] Reinstated
- [ ] Remanded
- [ ] Reopened
- [ ] Foreign Judgment Enrolled
- [ ] Joining Suit/Action
- [ ] Transfer from Other court
- [ ] Appeal
- [ ] Other

### Plaintiff
Individual: (blank)
[X] Check if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency:
D/B/A or Agency: **ADAMS COUNTY, MISSISSIPPI**

Business: (blank)

Address of Plaintiff: **501 STATE ST, NATCHEZ MS 39120**
Attorney (Name & Address): **SCOTT SLOVER**
MS Bar No.: **102768**

### Defendant
Individual: (blank)

Business: **DELTA-ENERGY NATCHEZ LLC.**

Attorney (Name & Address) - If Known: (blank)
MS Bar No.: (blank)

### Nature of Suit
Children/Minors – Non-Domestic:
- [X] Other: **writ of Mandamus**