IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**ADAMS COUNTY, MISSISSIPPI**                                                            **PLAINTIFF**

v.                                                                  **CIVIL ACTION NO. 5:23-cv-113-DCB-LGI**

**DELTA-ENERGY NATCHEZ, LLC**                                                            **DEFENDANT**

## AGREED JUDGMENT

THIS CAUSE came before the Court on the joint ore tenus motion of Delta-Energy Natchez, LLC (the "Defendant"), the Defendant in this Civil Action, and Adams County, Mississippi (the "Plaintiff"), the Plaintiff in this Civil Action, for the entry of this Agreed Judgment. The parties have advised the Court that all issues have been resolved by agreement. Upon due consideration, the Court is of the opinion that this Agreed Judgment should be entered. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Plaintiff shall, and hereby does, have and recover judgment against the Defendant in the amount of $148,000.00, to bear interest at the applicable federal rate. The parties are to bear their respective costs. It is, further,

ORDERED AND ADJUDGED that this Agreed Judgment constitutes a final judgment and that this civil action, including the Complaint and Amended Complaint filed by the Plaintiff and the Debtor's Counterclaim, is hereby dismissed, with prejudice and closed. The Court retains jurisdiction herein to enforce this Agreed Judgment.

SO ORDERED, this the  24th  day of  April         , 2025.

                                                                        s/David Bramlette
                                                                        David C. Bramlette, III
                                                                        Senior United States District Court Judge

APPROVED AND AGREED:

*[signature]*

Craig M. Geno
Counsel for Delta-Energy Natchez, LLC


/s/ Scott F. Slover    [WITH PERMISSION]
Scott F. Slover
Counsel for Adams County, Mississippi


SUBMITTED BY:

Craig M. Geno, Esq. - MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
(601) 427-0048 - Telephone
(601) 427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Delta-Energy Group, LLC\Removal - Adams Co. v\Pleadings\Revised Agreed Judgment 4-22-25.wpd